AO 442 (Rev. 10/13) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

Received
U.S. Marshals Service
2023 OCT 20 PM 2:48
N/OK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 23 CR 3 3 1 JFH |
| ILYESS HADRI TALBI | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      ILYESS HADRI TALBI,
who is accused of an offense or violation based on the following document filed with the court:

☒  Indictment    ☐  Superseding Indictment    ☐  Information    ☐  Superseding Information    ☐  Complaint
☐  Probation Violation Petition    ☐  Supervised Release Violation Petition    ☐  Violation Notice    ☐  Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), and 28 U.S.C. § 2461—Fraud Forfeiture

Date: OCT 2 0 2023

*Issuing officer's signature*

City and state:  Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| At *(city and state)* _____ |
| Date: _____ |
| |
| *Arresting officer's signature* |
| |
| *Printed name and title* |

CJN/bs